# IN THE SUPREME COURT

Disposition of Petitions for Discretionary Review Under G.S. 7A-31

9 October 2014

| 249P14 | State v. Jose Gustavo Galaviz-Torres | 1. State's Motion for Temporary Stay (COA13-1318)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Dissolve Temporary Stay (COA13-1318) | 1. Allowed **07/18/2014**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Dismissed as Moot<br><br>**Hunter, J., recused** |
| --- | --- | --- | --- |
| 257P14 | State v. Antonio Edward West | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1399) | Denied |
| 261P14 | State v. Jeffrey Scott Hughes | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1400) | Denied |
| 267P14 | In the Matter of: N.T.U., minor child | Respondent Mother's PDR Under N.C.G.S. § 7A-31 (COA14-89) | Denied |
| 268A12-2 | State ex rel. Utilities Commission v. Attorney General | Duke Energy Carolinas, LLC's Motion to Correct Appellee Brief | Allowed **08/28/2014** |
| 268P14 | State v. David Lee Mizelle | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of the COA (COA12-351) | Denied |
| 271P14 | State v. Rodney Moucell Jones | Def's *Pro Se* Motion for PDR (COAP13-459) | Dismissed |
| 273P14 | State v. Corey Lamont McClamb | Def's PDR Under N.C.G.S. § 7A-31 (COA13-996) | Denied |
| 277P14 | State v. Luis Gustavo Licona Rosales | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1373) | Denied |
| 278P14 | State v. Michael Wayne Mabe | Def's *Pro Se* Motion for Discretionary Review (COAP14-516) | Dismissed<br><br>**Beasley, J. and Jackson, J., recused** |